James R. YOCOM, etc., et al., Movants,

v.

Ovie MILLER and Workmen's Compensation Board, Respondents.

Supreme Court of Kentucky.

May 15, 1979.

## OPINION AND ORDER

The motion of James R. Yocom, etc., et al., for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered September 15, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. William Finn*, Ky., 574 S.W.2d 277 (1978).

All concur.